**United States Bankruptcy Court**
**District of Puerto Rico**

RECEIVED AND FILED
CASHIER 3

IN RE:

Case No. 04-02449

CARLOS ALBERTO GONZALEZ RIVERA
Debtor(s)

2004 MAR -5 PH 5:04

Chapter 13

U.S. BANKRUPTCY COURT

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 3/03/2004
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 150.00 x 47 = $ 7,050.00
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ 7,050.00

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other: _____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 7,050.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,400.00

Signed: Carlos A. Gonzalez Rivera
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
*Cr. **MUEBLERIA BERRIO** Cr. **TOYOTA FINANCIAL** Cr. ___
# **01-032036-01** # **0400047248** # ___
$ 1,421.00 $ 1,405.00 $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
See below
5. ☐ Other: ___
6. ☐ Debtor otherwise maintains regular payments directly to:
___

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2) See below
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
LV 0
Priority: PR Income Tax 2001, 2002, 2003 - $1,000

*Or as otherwise specified on proof of claim. Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.

Insurance for Toyota Financial's collateral w/Universal Insurance Company [@$18 x 27 mo. = @$486). Maturity date: 10/18/04.

Attorney for Debtor R. FIGUEROA CARRASQUILLO ATTORNEY AT LAW Phone: (787) 744-7699

CHAPTER 13 PAYMENT PLAN

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only