UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re:
CARLOS ALBERTO GONZALEZ RIVERA
HC1 BOX 4750
NAGUABO, PR 00718-0071

Chapter 13
Case No. 04-02449-SEK
Judge: SARA DE JESUS
SSN #1 XXX-XX-6625

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Case Filed on:          Plan Confimed on:       Case Closed on:
March 05, 2004          May 25, 2004            June 04, 2007

THE SUBJECT CASE HAS BEEN DISMISSED AFTER CONFIRMATION
Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

| CREDITOR NAME COMMENTS | CLASS | CLAIM AMT. | PRIN PAID | INT PAID | BAL DUE |
|---|---|---|---|---|---|
| COOP A/C DEL VALENCIANO | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| COOP A/C DEL VALENCIANO | UNSECURED | $3,690.18 | $22.31 | $0.00 | $3,667.87 |
| DEPARTMENT OF TREASURY | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| EMPRESAS BERRIOS INC | UNSECURED | $1,420.26 | $8.59 | $0.00 | $1,411.67 |
| ISLAND FINANCE NOTICE OF TRANSFER | UNSECURED | $1,204.47 | $7.28 | $0.00 | $1,197.19 |
| POPULAR FINANCE | UNSECURED | $5,940.85 | $35.91 | $0.00 | $5,904.94 |
| PREPA [AEE] | UNSECURED | $141.04 | $0.00 | $0.00 | $141.04 |
| TOYOTA MOTOR CREDIT CORP VRR/MD 10-24-04 VRR | CAR | $1,995.45 | $1,995.45 | $0.00 | $0.00 |
| UNIVERSAL INSURANCE COMP 0002 | INSURANCE (UNIVER | $0.00 | $223.00 | $0.00 | $0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | TOTAL |
|---|---|---|---|---|
| Amount Allowed | $1,995.45 | $0.00 | $12,396.80 | $14,392.25 |
| Principal Paid | $1,995.45 | $223.00 | $74.09 | $2,292.54 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 |

Total Paid to Creditors(Principal and Interest) :                $2,292.54

ATTORNEY FEES

| | |
|---|---:|
| Attorney for the case : ROBERTO FIGUEROA CARRASQUILL* | |
| Total Fees Allowed : | $1,400.00 |
| Total Paid Outside the plan : | $0.00 |
| Total Paid in the Plan : | $1,400.00 |

COSTS OF ADMINISTRATION

| | |
|---|---:|
| Trustee was paid : | $357.46 |
| The Clerk of the Court was paid : | $0.00 |

| | |
|---|---:|
| Total Receipts: | $4,050.00 |
| Total Disbursements: | $4,050.00 |

I, the Chapter 13 Trustee, hereby CERTIFY that the estate has been fully administered.

WHEREFORE, the movant prays that an order be entered discharging Chapter 13 Trustee of his duties under this case and that he and his Surety Company be released of any possible liability arising during the administration of this case. The Chapter 13 Trustee also prays that an order closing the case be entered.

NOTICE to the debtor, creditors and parties in interest are hereby advised that pursuant to FRBP 5009 if within THIRTY (30) days no objection is filed by the United States Trustee or a party in interest, there shall be a presumption that the estate has been fully administered, and the Court may approve the Trustee's Final Report and Account and close the case without further notice.

DATED: JUN 14 2007

/s/ Alejandro Oliveras Rivera  
ALEJANDRO OLIVERAS RIVERA

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electroically sent to the parties listed below:

| | |
|---|---|
| COOP A/C DEL VALENCIANO<br>PO BOX 1510<br>JUNCOS, PR 00777-1510 | COOP A/C DEL VALENCIANO<br>PO BOX 1510<br>JUNCOS, PR 00777-1510 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>PO BOX 2501<br>SAN JUAN, PR 00902 | EMPRESAS BERRIOS INC<br>PO BOX 674<br>CIDRA, PR 00739 |
| ISLAND FINANCE<br>AS AGENT FOR PALISADES COLLECTION LLC<br>PO BOX 19249<br>SUGAR LAND, TX 77496 | POPULAR FINANCE<br>PO BOX 336090<br>PONCE, PR 00733-6090 |
| PREPA [AEE]<br>C/O PATRICIA GUIJARRO ALFONSO<br>GPO BOX 363928<br>SAN JUAN, PR 00936-3928 | TOYOTA MOTOR CREDIT CORP<br>PO BOX 366251<br>SAN JUAN, PR 00936 |
| UNIVERSAL INSURANCE COMP<br>PO BOX 9023862<br>SAN JUAN, PR 00902-3862 | |
| CARLOS ALBERTO GONZALEZ RIVERA<br>HC1 BOX 4750<br>NAGUABO, PR 00718 | |

DATED: June 14, 2007

Page 1 of 1  - CASE   04-02449-SEK

WALTER LUGO GARCIA
OFFICE OF THE CHAPTER 13 TRUSTEE